IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|   |   |   |
|---|---|---|
| WERNER OTTONIEL SANCHEZ-PEREZ, | * | |
| | * | |
| Petitioner, | * | |
| | * | Civ. No.: MJM-26-0063 |
| v. | * | |
| | * | |
| KRISTI NOEM, *et al.*, | * | |
| | * | |
| Respondents. | * | |
| | * | |

* * * * * * * * * *

**ORDER**

For reasons explained on the record during the hearing on January 12, 2026, the Court finds that Plaintiff has made a clear showing he is likely to succeed on the merits of the due process claim asserted in his Petition for Writ of Habeas Corpus, that he is likely to suffer irreparable harm in the absence of temporary relief, and that the balance of equities and public interest favor temporary relief. Accordingly, it is by the United States District Court for the District of Maryland hereby ORDERED that:

1. Petitioner's Motion for a Temporary Restraining Order is GRANTED in part;
2. Respondents are directed to make an initial determination regarding Petitioner's bond or detention and, if the determination is to deny bond, Respondents shall arrange for Petitioner to receive a bond hearing before an immigration judge by **Tuesday, January 20, 2026**;
3. The parties shall promptly file a joint status report following any bond determination contemplated by this Order and/or any change in Petitioner's status.

It is so ORDERED this 12th day of January, 2026.

Matthew J. Maddox
United States District Judge